UNITED STATES BANKRUPTCY COURT OF THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:   JOE DAVID VICK,         )
                                 )
         Debtor.                 )   Case No. 13-14217
                                 )   Chapter 7

**AMENDMENTS TO:**

Amendments have been made to: Summary & Schedule "F". Three new creditors were added to the matrix.

Dated this October 1, 2014

/s/ James E. Palinkas
JAMES E. PALINKAS, OBA #15037
Attorney & Counselor
318 N. Broadway
Shawnee, OK 74801
(405) 275-0216

CERTIFICATE OF MAILING

I certify that on the 1st day of October 2014, a true and correct copy of the above amendment was electronically served upon the following using the Court's CM/ECF system:

Susan J. Manchester, Chapter 7 Trustee & U.S. Trustee

Further, I certify that on October 21, 2014, a true and correct copy of the above amendments was delivered by First-Class, U.S. Mail, postage prepaid and properly addressed to the following:

Debtor and all interested parties on the attached mailing matrix, and:

Norman Healthplex ER Physicians
3300 Healthplex Pkwy.
Norman, OK 73071

Norman Regional Hospital
901 N. Porter
Norman, OK 73071

Southwest Radiology
1125 S. Porter
Norman, OK 73071

/s/ James E. Palinkas
JAMES E. PALINKAS